UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SHEPARD, | CASE NO: 2:09-CV-00843 MCE-DAD |
| Plaintiff, | |
| | ORDER CONTINUING DISCOVERY CUT-OFF |
| vs. | |
| UNITED HEALTHCARE INSURANCE COMPANY, | |
| Defendant. | |

Having considered the parties' Stipulation to Continue Discovery cut-off herein, and finding good cause therefore:

**IT IS HEREBY ORDERED** that discovery cut-off be continued sixty days, to April 9, 2010. All other dates shall remain the same.

**IT IS SO ORDERED.**

Dated: December 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE