1  Lisa S. Kantor, Esq. State Bar No. 110678
   e-mail: lkantor@kantorlaw.net
2  Elizabeth K. Green, Esq. State Bar No. 199643
   e-mail: egreen@kantorlaw.net
3  Christina J. Smith, Esq. State Bar No. 193509
   e-mail: csmith@kantorlaw.net
4  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
5  Northridge, CA 91324
   Telephone: (818) 886-2525
6  Facsimile: (818) 350-6272

7  Attorneys for Plaintiff,
   KIMBERLY SHEPARD
8

9  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DAVID M. HUMISTON  Bar No. 90579
   david.humiston@sdma.com
10 EDWARD A. STUMPP  Bar No. 157682
   edward.stumpp@sdma.com
11 801 South Figueroa Street, 19th Floor
   Los Angeles, California 90017-5556
12 Telephone: (213) 426-6900
   Facsimile: (213) 426-6921
13
   Attorneys for Defendant
14 UNITED HEALTHCARE INSURANCE COMPANY

15

16                    UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

18

| KIMBERLY SHEPARD,                          | CASE NO.  09-CV-00843 MCE (DADx) |
|--------------------------------------------|----------------------------------|
|            Plaintiff,                      |                                  |
|       v.                                   | **ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANT UNITED HEALTHCARE INSURANCE COMPANY** |
| UNITED HEALTHCARE INSURANCE COMPANY,       |                                  |
|            Defendant.                      |                                  |

1  Having considered the parties' Stipulation to Continue Hearing Date for Plaintiff's Motion to Compel Further Discovery Responses from Defendant, and finding good cause therefore:  IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel Further Discovery Responses from Defendant be continued from January 8, 2010 to January 22, 2010 at 10:00 a.m.  **IT IS SO ORDERED.**

DATED:  January 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/shepard0843.stipord