IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY SHEPARD,

    Plaintiff,                     No. CIV S-09-0843 MCE DAD

    v.

UNITED HEALTHCARE
INSURANCE COMPANY,          <u>ORDER</u>

    Defendant.
_____/

        This case came before the court on February 5, 2010, for further hearing on plaintiff's motion to compel further discovery responses from defendant (Doc. No. 26). Lisa Sue Kantor, Esq. appeared telephonically for plaintiff, and Edward A. Stumpp, Esq. appeared telephonically for defendant. For the reasons stated in open court, and with the limitations set forth on the record, plaintiff's motion was granted. Defendant's further responses shall be served by March 5, 2010.

        IT IS SO ORDERED.

DATED: February 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/shepard0843.oah.020510