UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| KIMBERLY SHEPARD,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>　　　Defendant. | CASE NO. 09-CV-00843 MCE -DAD<br><br>**ORDER RE STIPULATION TO CONTINUE DISCOVERY CUT-OFF** |

Having considered the parties' Stipulation to Continue Discovery Cut-Off herein, and finding good cause therefore:

IT IS HEREBY-RDERED that Discovery Cut-Off be continued sixty days from April 9, 2010 to June 9, 2010; Expert Disclosures and Reports are due July 1, 2010; Rebuttal Expert Disclosures and Reports are due July 15, 2010; and Expert Discovery Cut-Off is set for August 30, 2010. All other dates shall remain the same.

IT IS SO ORDERED

DATED: March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com