UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| KIMBERLY SHEPARD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 09-CV-00843 MCE (DADx)<br><br>**ORDER RE JOINT *EX PARTE* APPLICATION TO CONTINUE DATES FOR COMPLETION OF DISCOVERY, DISCLOSURE OF EXPERT WITNESSES, AND HEARING OF DISPOSITIVE MOTIONS** |

Having considered Plaintiff Kimberly Shepard's and Defendant United Healthcare Insurance Company's Joint *Ex Parte* Application to Extend Dates For Completion of Discovery, Disclosure of Expert Witnesses, and Hearing of Dispositive Motions, and finding good cause therefore:

///

///

///

///

///

///

///

-1-

1    IT IS HEREBY ORDERED that Discovery Cut-Off Date shall be continued
2 to September 10, 2010; that the date upon which the Expert Disclosures and
3 Reports are due shall be continued to October 15, 2010; that Rebuttal Expert
4 Disclosures and Reports are now due October 30, 2010; and that the date for the
5 hearing of dispositive motions shall be continued to December 13, 2010. All other
6 dates as previously scheduled by the Court shall remain the same.

8    IT IS SO ORDERED

10 DATED: May 5, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE