UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SHEPARD,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED HEALTHCARE<br>INSURANCE COMPANY,<br><br>   Defendant. | CASE NO.  09-CV-00843 MCE-DAD<br><br>**ORDER RE STIPULATION TO CONTINUE EXPERT DISCLOSURES AND SUPPLEMENTAL EXPERT REPORTS** |

Having considered the parties' Stipulation to Continue Expert Disclosures and Supplemental Expert Reports, and finding good cause therefore:

IT IS HEREBY ORDERED that Expert Disclosures and Reports are due October 22, 2010; and Rebuttal Expert Disclosures and Reports are due November 12, 2010. All other dates shall remain the same.

IT IS SO ORDERED.

DATED: October 19, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE