UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| KIMBERLY SHEPARD,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>　　　Defendant. | CASE NO.  09-CV-00843 MCE (DAD)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CUT-OFF DATE OF HEARING OF DISPOSITIVE MOTIONS**<br><br>[Hon. Morrison C. England, Jr.]<br><br>**TRIAL DATE:  April 23, 2012** |

Having considered the parties' Stipulation to Extend the Cut-Off Date for Hearing Dispositive Motions, and finding good cause thereto:

IT IS HEREBY ORDERED THAT:

The Hearing of Dispositive Motions is continued to December 16, 2010.

All other dates shall remain the same.

**IT IS SO ORDERED.**

DATED: November 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE