UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KIMBELRY SHEPARD,                          No. 2:09-cv-00843-MCE-DAD

       Plaintiff,

  v.                                        <u>ORDER CONTINUING TRIAL</u>

UNITED HEALTHCARE INSURANCE COMPANY,

       Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the April 23, 2012 jury trial is vacated and continued to **May 7, 2012**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **February 23, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the February 23, 2012 Final Pretrial Conference is vacated and continued to **March 8, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **February 16, 2012,** and shall comply with the procedures outlined in the Court's July 2, 2009 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in
///

1

pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **February 16, 2012.** Oppositions must be filed by **February 23, 2012,** and any reply must be filed by **March 1, 2012.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE