Lisa S. Kantor, Esq. State Bar No. 110678
  e-mail: lkantor@kantorlaw.net
J. David Oswalt, Esq. State Bar No. 73439
  e-mail: doswalt@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199643
  e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
KIMBERLY SHEPARD

David M. Humiston Bar No. 90579
  email:  david.humiston@sdma.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
UNITED HEALTHCARE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| KIMBERLY SHEPARD,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>         Defendant. | CASE NO.  09-CV-00843 MCE (DADx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the
2  above-referenced action shall be dismissed in its entirety with prejudice. The
3  parties are to bear their own respective attorneys' fees and costs.  The Clerk of
4  Court is directed to close the file.

Dated:  April 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE